UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JESSICA WROBLEWSKI,

     Plaintiff,

v.                              Case No. 23-cv-877

MIDWEST MEDICAL TRANSPORT
COMPANY, LLC,

     Defendant.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Anthony J. Steffek of Amundsen Davis, LLC, whose contact information is provided below, hereby enters an appearance on behalf of Midwest Medical Transport Company, LLC, and respectfully requests that all pleadings and other documents be served upon him by ECF or at the foregoing address.

Dated: September 6, 2023           **AMUNDSEN DAVIS, LLC**

           By: s/*Anthony J. Steffek*
              Anthony J. Steffek
              State Bar No. 1053615
              *Attorneys for Defendant*

Contact Info:

318 S. Washington Street, Suite 300
Green Bay, WI 54301
920.435.9378

Direct Contact Information:

Anthony J. Steffek    920.431.2237 direct dial
                       920.431.2277 direct fax
                       asteffek@amundsendavislaw.com

1